IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| Wendolyn C. Petties, as Administratrix of the Estate of Effie J. Wooten, deceased, and on behalf of the wrongful death beneficiaries of Effie J. Wooten, <br><br> Plaintiff, <br><br> v. <br><br> Kindred Healthcare, Inc. d/b/a Primacy Healthcare and Rehabilitation Center; Kindred Healthcare Services, Inc.; Kindred Healthcare Operating, Inc.; Kindred Nursing Centers Limited Partnership; George A. Munchow, in his capacity as Administrator of Primacy Healthcare and Rehabilitation Center; J. David Marchant, in his capacity as Administrator of Primacy Healthcare and Rehabilitation Center; and Melisa Lucinda Hall, in her capacity as Administrator of Primacy Healthcare and Rehabilitation Center, <br><br> Defendants. | No. 2:04-CV-2996-BBD/sta <br> Jury Demanded |

### ORDER ON PLAINTIFF'S MOTION FOR LEAVE TO FILE REPLY BRIEF TO DEFENDANTS' RESPONSE TO PLAINTIFF'S MOTION TO REMAND

IT IS HEREBY ORDERED that Plaintiff's Motion for Leave to File Reply Brief to Defendants' Response to Plaintiff's Motion to Remand is granted.

Dated at Memphis, Tennessee this 19 day of April, 2005.

JUDGE BERNICE B. DONALD

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 4-20-05

Cameron C. Jehl (BPR#18729)
425 West Capitol Avenue, Suite 3500
Little Rock, Arkansas 72201
(501) 371-9903
(501) 371-9905 Facsimile

**Attorney for Plaintiff**


F. Laurens Brock, Esq.
Chambliss, Bahner & Stophel, P.C.
1000 Tallan Building
Two Union Square
Chattanooga, TN 37402


Deborah Whitt, Esq.
Darrell E. Baker, Jr., Esq.
Baker & Whitt, PLLC
6800 Poplar Avenue
Suite 205
Memphis, TN 38138.

**Attorneys for Defendants**

UNITED STATES DISTRICT COURT WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 27 in case 2:04-CV-02996 was distributed by fax, mail, or direct printing on April 20, 2005 to the parties listed.

---

Darrell E. Baker
BAKER & WHITT PLLC
6800 Poplar Ave.
Ste. 205
Memphis, TN 38138

Deborah Whitt
BAKER & WHITT PLLC
6800 Poplar Ave.
Ste. 205
Memphis, TN 38138

Cameron C. Jehl
WILKES & McHUGH- Little Rock
425 West Capitol Ave.
Ste. 3500
Little Rock, AR 72201

F. Laurens Brock
CHAMBLISS BAHNER & STOPHEL
Two Union Square
1000 Tallan Bldg.
Chattanooga, TN 37402

Brian Reddick
WILKES & MCHUGH, P.A.
425 West Capitol Avenue
Ste. 3500
Little Rock, AR 72201

Jimmy Moore
CIRCUIT COURT, 30TH JUDICIAL DISTRICT
140 Adams Ave.
Rm. 224
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT