UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TENNESSEE
## WESTERN DIVISION

| | |
|---|---|
| WENDOLYN C. PETTIES, as administratrix of the estate of EFFIE J. WOOTEN, deceased, and on behalf of the wrongful death beneficiaries of EFFIE J. WOOTEN<br><br>v.<br><br>KINDRED HEALTHCARE, INC., d/b/a PRIMACY HEALTHCARE AND REHABILITATION CENTER, KINDRED HEALTHCARE SERVICES, INC., KINDRED HEALTHCARE OPERATING, INC., KINDRED NURSING CENTERS LIMITED PARTNERSHIP, GEORGE A. MUNCHOW, in his capacity as administrator of Primacy Healthcare and Rehabilitation Center, J. DAVID MARCHANT, in his capacity as administrator of Primacy Healthcare and Rehabilitation Center, and MELISA LUCINDA HALL, in her capacity as administrator of Primacy Healthcare and Rehabilitation Center | JUDGMENT IN A CIVIL CASE<br>CASE NO: 04-2996-DA |

**DECISION BY COURT.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

IT IS SO ORDERED AND ADJUDGED that in accordance with the Order Granting Plaintiff's Motion to Remand entered on April 26, 2005, this cause is hereby dismissed.

APPROVED:

_signature_
BERNICE B. DONALD
UNITED STATES DISTRICT COURT

May 11, 2005
Date

ROBERT R. DI TROLIO
Clerk of Court

_signature_ Earline Drayer
(By)  Deputy Clerk

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 5-13-05

㉛

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 31 in case 2:04-CV-02996 was distributed by fax, mail, or direct printing on May 13, 2005 to the parties listed.

---

Darrell E. Baker
BAKER & WHITT PLLC
6800 Poplar Ave.
Ste. 205
Memphis, TN 38138

Brian Reddick
WILKES & MCHUGH, P.A.
425 West Capitol Avenue
Ste. 3500
Little Rock, AR 72201

Cameron C. Jehl
WILKES & McHUGH- Little Rock
425 West Capitol Ave.
Ste. 3500
Little Rock, AR 72201

Jimmy Moore
CIRCUIT COURT, 30TH JUDICIAL DISTRICT
140 Adams Ave.
Rm. 224
Memphis, TN 38103

Deborah Whitt
BAKER & WHITT PLLC
6800 Poplar Ave.
Ste. 205
Memphis, TN 38138

F. Laurens Brock
CHAMBLISS BAHNER & STOPHEL
Two Union Square
1000 Tallan Bldg.
Chattanooga, TN 37402

Honorable Bernice Donald
US DISTRICT COURT